IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LINDA CARR,                                :

    Plaintiff,                          :

vs.                                        :       CA 13-00273-C

CAROLYN W. COLVIN,                         :
Acting Commissioner of Social Security,
                                                                                                            :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the Plaintiff benefits be affirmed.

    **DONE** this the 10th day of October 2014.

                                 s/WILLIAM E. CASSADY
                                 **UNITED STATES MAGISTRATE JUDGE**